**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Civil Action No. 25-cv-10086 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## DECLARATION OF SERVICE

I, Shengmao Mu, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court of the Northern District of Illinois. I am one of the attorneys for Plaintiff, Dongguan Tesimai Electronic Technology Co., Ltd. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as witness I would competently testify to the following:

2. On September 5, 2025, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. ECF No. 33.

1

3. I hereby certify that on September 18, 2025, I or somebody under my direction electronically published the Complaint, TRO, Summons and other relevant documents on a website.

4. I hereby certify that on September 18, 2025, I or somebody under my direction sent an e-mail to the e-mail addresses identified in Exhibit A attached hereto that includes a link to said website.

5. Attached hereto is the completed Return of Service form.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: 9/18/25

/s/Shengmao Mu
Shengmao Mu