UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Civil Action No. 25-cv-10086 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## Schedule A with Emails

| DOE # | Defendant Name | Store ID | Email Address |
|---|---|---|---|
| 1 | BJSERIES | A3L30R0BYMUIKE | sethirinqu@hotmail.com |
| 2 | dongjianxiao | AQW667N8X03JC | zed19860@163.com |
| 3 | Gem Stored | A3UFH52CNXLX5Y | storesg023@gmail.com |
| 4 | JayHwaToy | A27S3NAYWTXH14 | jhkj2025@outlook.com |
| 5 | JyMBusiness | A1JF485MG6CGEP | mate.machado5@gmail.com |
| 6 | LEEHOO-US | A2QBS4C5JDRYRE | us13358376586@163.com |
| 7 | LGKJ-G | A1JUDR21QQQY9C | 17376375221@163.com |
| 8 | MOBENTU | APXQDX7JA4M2V | connorlivan@hotmail.com |
| 9 | pengpengyoupudianIKL4 | A7N3KVFT0TRYW | kowalzarny@outlook.com |
| 10 | raochunyan | A1YTCDKCPYCKFX | eir993622@163.com |
| 11 | SHIP SMART CM | A1VMD7CXIM9DXV | esenciaespiritual9@gmail.com |
| 12 | Sir and Female | A2A3LBYHS81E76 | kcq27714@163.com |
| 13 | SZSCZ | A25KL599M2T5XQ | szscz10@163.com |
| 14 | ZJ8 | A16G4XYO2GJ5G2 | 18678481815@163.com |
| 15 | Chuanmo store | 102778144 | tkchuanmo@163.com |
| 16 | Davesters Paradise | 101063220 | davester874@gmail.com |
| 17 | Deal Stoker | 102564529 | jajooga@gmail.com |
| 18 | Front Source Technologies | 8423 | abond@front-source.com |
| 19 | Hayden | 102814602 | sunny@fruitfultrade.com |
| 20 | HuaLin trade | 102840403 | uc7tv1rr6ay5cm5@hotmail.com |

| DOE # | Defendant Name | Store ID | Email Address |
|---|---|---|---|
| 21 | Joymier | 102658063 | lysj-wl@hotmail.com |
| 22 | KIDSHOME-Delivery 5 days | 101223285 | damon120820@outlook.com |
| 23 | MAXKY DESIGN | 101674102 | maxkyone0215@gmail.com |
| 24 | Mr.Luo | 102739946 | yf7cdl@163.com |
| 25 | Promotion Daily | 101415015 | freshwater20190101@gmail.com |
| 26 | SEYTAER SPORT FACTORY | 102478324 | linranhot@163.com |
| 27 | SILVERSURE | 101427622 | yola1688@yahoo.com |
| 28 | US Deluxe Deal, LLC | 101106049 | support@usdeluxedeals.com, usdeluxedeals@gmail.com |
| 29 | xinmingkeji | 102779716 | epjc92@163.com |
| 30 | YilyRay | 101611858 | yilirry228@outlook.com |
| 31 | YingBaoTang | 102744896 | ybttrade@hotmail.com |
| 32 | arigatou-japan | 396241975383 | patipati1144@gmail.com |
| 33 | aspireautomotive | 305285646337 | tommyttc@hotmail.co.uk |
| 34 | Bela donaa limited | 285485267489 | beladonaa2022@gmail.com |
| 35 | con-9447 | 146365026705 | connorrowlands233@gmail.com |
| 36 | cor7421 | 165787397163 | corbzds@gmail.com |
| 37 | cozy_place | 386490151527 | maayanebay23@gmail.com |
| 38 | flashdiscounts | 146393719842 | iam_885@hotmail.com |
| 39 | giovmasc-81 | 236005191855 | mascasang@gmail.com |
| 40 | good-deal-japan-since2019 | 386864011642 | goodstorejapan2016@gmail.com |
| 41 | lwegy_yg | 156633521853 | schyg2000@gmail.com |
| 42 | mahadev_enterprise | 396198770794 | kananihareshbhai1@gmail.com |
| 43 | mahoroba Japan | 316302129500 | mahoro1026@gmail.com |
| 44 | micmas-2034 | 145562695573 | michael.masood11@gmail.com |
| 45 | Mystical Japan Treasures | 286285822642 | arita@emverze.com |
| 46 | nickypickles2508 | 126196859347 | nickyamason@gmail.com |
| 47 | nne-living-tm | 126994493964 | info@nneliving.com.au |
| 48 | nne-living-vl-250 | 186771548802 | fernandoearl16@gmail.com |
| 49 | nodotake online store | 356075588610 | 0051@mms-fw.yukei.biz |
| 50 | renya_TOY_JAPAN | 356141068711 | renya200131@gmail.com |
| 51 | Swift Starter | 354828877244 | swiftstarter@protonmail.com |
| 52 | tizaratent | 365050087995 | fareedkhan8433@gmail.com |
| 53 | turmeermar | 126072540776 | nikominch@outlook.com |