UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> BJSERIES, et al., <br><br> Defendants. | Civil Action No. 25-cv-10086 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| **Defendant Seller Alias** | **DOE No.** |
|---|---|
| MOBENTU | 8 |
| Hayden | 19 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: November 10, 2025 | Respectfully submitted,<br><br>By: /s/ Keaton Smith<br>Keaton Smith, IL #6347736<br>Shengmao (Sam) Mu, NY #5707021<br>Abby Neu, IL #6327370<br>Michael Mitchell, IL #6324363<br>Ryan E. Carreon, DE #7305<br>**WHITEWOOD LAW PLLC**<br>57 West 57th Street, 3rd and 4th Floors<br>New York, NY 10019<br>Telephone: (872) 294-3799<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |